# United States District Court
# Eastern District of California

Patrick Vice

Plaintiff(s)

V.

Experian Information Solutions, Inc. et al.

Defendant(s)

Case Number: 2:26-cv-03890-DJC-ICD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joshua Cohen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Patrick Vice

On 06/25/2024 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

2:26cv2244, Leiva V. Transunion, LLC, et al. Application made on 6/24/26. Granted.

Date: 11/16/2026

Signature of Applicant: /s/ Joshua Cohen

**Pro Hac Vice Attorney**

Applicant's Name: Joshua Cohen

Law Firm Name: Stein Saks, PLLC

Address: 2 University Plaza, Suite 322

City: Hackensack State: NJ Zip: 07601

Phone Number w/Area Code: (201) 282-6500

City and State of Residence: New Jersey

Primary E-mail Address: JCohen@SteinSaksLegal.com

Secondary E-mail Address: 

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Robert Sibilia, Esq.

Law Firm Name: Oceanside Law Center APC

Address: 28202 Cabot Road, Ste. 300

City: Laguna Niguel State: CA Zip: 92677

Phone Number w/Area Code: (760) 666-1151 Bar # 126979

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 19, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE